JOSEPH CHESAKIS v. ALUMINUM COMPANY OF AMERICA.

May 2, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ALLEN L. ANDERSON.

May 9, 1972. Petition for certification granted.

STATE OF NEW JERSEY v. THEODORE GIBSON.

May 2, 1972. Petition for certification denied.

FRANK W. HARRIS v. STATE OF NEW JERSEY, *ET AL.*

May 2, 1972. Petition for certification granted. (See 118 *N. J. Super.* 384)

STATE OF NEW JERSEY v. GEORGE TOUTOIAN.

May 2, 1972. Petition for certification denied.

IN THE MATTER OF THE TRANSFER INHERITANCE TAX ASSESSMENT IN THE ESTATE OF GERARD BARNES LAMBERT, DECEASED.

JOHN W. DRYE, JR., *ET AL.* v.
SIDNEY GLASER, ACTING DIRECTOR, *ETC.*

May 2, 1972. Petition for certification granted. (See 118 *N. J. Super.* 121)